

**NUMBER 13-10-00088-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**GUILLERMO MARTIN,**                                           **APPELLANT,**

**v.**

**LUZZIANA MARTIN,**                                          **APPELLEE.**

---

**On Appeal from the 404th District Court
of Cameron County, Texas.**

---

**MEMORANDUM OPINION**

**Before Chief Justice Valdez and Justices Benavides and Vela
Memorandum Opinion Per Curiam**

Appellant, Guillermo Martin, perfected an appeal from a judgment entered by the 404th District Court of Cameron County, Texas, in cause number 2008-07-4134-G. Appellant has filed a motion to dismiss the appeal on grounds that the parties have

reached an agreement to settle and compromise their differences. Appellant requests that this Court dismiss the appeal without prejudice.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED WITHOUT PREJUDICE. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the 1st
day of April, 2010.

2